HALEY ELIZABETH DUNAWAY
1452 COUNTY ROAD 140
QUITMAN, MS 39355


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438


CREDIT COLLECTIONS
P.O. BOX 710
NORWOOD, MA 02062


DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130


HATTIESBURG CLINIC
P.O. BOX 3488
TUPELO, MS 38803-3488


NELNET
PO BOX 82561
LINCOLN, NE 68501


SPARKLIGHT
12261 US 49
STE 8
GULFPORT, MS 39503