Certificate Number: 17082-MSS-DE-040536880

Bankruptcy Case Number: 25-51877



17082-MSS-DE-040536880

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 22, 2026</u>, at <u>9:56</u> o'clock <u>AM MST</u>, <u>HALEY E DUNAWAY</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date: <u>January 22, 2026</u>

By: <u>/s/Orsolya K Lazar</u>

Name: <u>Orsolya K Lazar</u>

Title: <u>Executive Director</u>